Elaine M. MEREDITH, Plaintiff–
Appellant,

v.

SCHOOL BOARD OF OSCEOLA
COUNTY, FLORIDA, Jonathan R.
Davis, individually and in his official
capacity, Defendants–Appellees.

No. 07–13779
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 21, 2007.

Edward Randolph Gay, Law Firm of
Edward R. Gay, P.A., Orlando, FL, for
Plaintiff–Appellant.

Erin J. O'Leary, Suzanne D'Agresta,
Brown, Garganese, Weiss & D'Agresta,
P.A., Orlando, FL, for Defendants–Appel-
lees.

Before TJOFLAT, DUBINA and
BLACK, Circuit Judges.

PER CURIAM:

Appellant Elaine M. Meredith filed suit
in the United States District Court for the
Middle District of Florida against appel-
lees School Board of Osceola County, Flor-
ida, and Jonathan R. Davis, principal at
Cypress Elementary School in Osceola
County, alleging breach of contract, defa-
mation, and violation of her constitutional
rights. The district court granted sum-
mary judgment in favor of the appellees,
and Meredith then perfected this appeal.

We review *de novo* a district court's grant
of summary judgment. *Battle v. Board of
Regents for the State of Georgia,* 468 F.3d
755, 759 (11th Cir.2006).

On appeal, Meredith challenges only the
district court's entry of summary judg-
ment on her claim under 42 U.S.C. § 1983
that the appellees violated her First
Amendment rights by retaliating against
her for her speech. The speech concerns
a discussion that Meredith had with anoth-
er teacher at Cypress Elementary School,
where they both taught. After reviewing
the record, and reading the parties' briefs,
we conclude that the district court correct-
ly concluded that Meredith's speech was
not protected speech because her speech
did not involve a matter of public concern
but constituted mere gossip or rumors.
Even if, however, we concluded that Mere-
dith's speech was protected under the
First Amendment, we would still conclude
that the district court correctly granted
summary judgment in favor of the appel-
lees because Meredith's speech had noth-
ing to do with the decision not to renew
her contract. The record evidence demon-
strates that Meredith's contract was not
renewed because she had mediocre lesson
plans and because she had a negative im-
pact on staff morale at Cypress Elementa-
ry School. Furthermore, the record dem-
onstrates that the appellees made the non-
renewal decision months before Meredith
engaged in the conversation with her fel-
low teacher.

Because we conclude that there is no
merit to any of the arguments that Mere-
dith makes in this appeal, we affirm the
district court's grant of summary judg-
ment.

**AFFIRMED.**